## STATEMENT IN
## SUPPORT OF PROBABLE CAUSE

IN RE:  Luis Daniel SEGURA GUZMAN

I, Michael R. Grant, declare and state as follows:

On or about September 16, 2023 the defendant Luis Daniel SEGURA GUZMAN was apprehended near Laredo, Texas. After a brief interview it was determined that, Luis Daniel SEGURA GUZMAN was an undocumented alien from Mexico and subsequently placed under arrest.  Further investigation revealed that Luis Daniel SEGURA GUZMAN was previously REMOVED from the United States on 01/29/2023 at Laredo, Tx.  There is no record that Luis Daniel SEGURA GUZMAN has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 17th day of September, 2023 at Laredo, Texas.

Michael R. Grant
Border Patrol Agent
United States Border Patrol